■ In the Matter of the Estate of SHIRLEY A. KEHOE, Deceased. JEFFREY KEHOE, Respondent; ROBERT L. EDICK, JR.,

et al., Appellants. [42 NYS3d 888]—Appeal from a decree of the Surrogate's Court, Jefferson County (Peter A. Schwerzmann, S.), entered October 5, 2015. The decree dismissed the objections to probate and admitted the last will and testament of Shirley A. Kehoe to probate.

It is hereby ordered that the decree so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Whalen, P.J., Centra, Lindley, DeJoseph and Scudder, JJ.